**FILED**

09/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0246

Matthew B. Gallinger
Steven L. Stockdale
GALLINGER & STOCKDALE LAW FIRM, LLC
1004 Division Street
Billings, MT 59101
Telephone: (406) 534-2644
mgallinger@thegsfirm.com
sstockdale@thegsfirm.com

*Attorneys for Defendant/Appellee Krohne Fund, L.P.*

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA-23-0246

SADDLEBROOK INVESTMENTS, LLC, as Assignee of Stuart M. Simonsen,

    Plaintiff/Appellant,

v.

KROHNE FUND, L.P.,

    Defendant/Appellee.

**ORDER GRANTING EXTENSION**

Pursuant to Appellee's Motion for Extension of Time to file it Answer Brief currently due on September 11, 2023, which is unopposed and good cause appearing,

IT IS HEREBY ORDRED that: Appellee Krohne Fund, L.P. shall have until October 11, 2023, to file its Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 1 2023